J. Raymond McCARL, Comptroller General of the United States, Patrick J. Hurley, Secretary of War, and Roderick L. Carmichael, Chief of Finance, United States Army, Appellants, v. Thomas H. EMERSON, Appellee.

No. 4825.

Court of Appeals of District of Columbia.
Argued Jan. 10, 1930.
Decided March 3, 1930.

Rehearing and Stay of Mandate Denied March 15, 1930.

Leo A. Rover and H. O. Hoagland, both of Washington, D. C., for appellants.
S. T. Ansell and E. S. Bailey, both of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

ROBB, Associate Justice.

The facts in this case do not differ materially from those in the case just decided, McCarl v. Loud, 59 App. D. C. 238, 38 F. (2d) 943. For reasons stated in the opinion in that case, the decree in this also is affirmed.

Affirmed.

J. Raymond McCARL, Comptroller General of the United States, Patrick J. Hurley, Secretary of War, and Roderick L. Carmichael, Chief of Finance of the United States, Appellants, v. J. W. ORCUTT, Appellee.

No. 4826.

Court of Appeals of District of Columbia.
Argued Jan. 10, 1930.
Decided March 3, 1930.

Rehearing and Stay of Mandate Denied March 15, 1930.

Leo A. Rover and H. O. Hoagland, both of Washington, D. C., for appellants.
S. T. Ansell and E. S. Bailey, both of Washington, D. C., for appellee.

Before MARTIN, Chief Justice, and ROBB and VAN ORSDEL, Associate Justices.

ROBB, Associate Justice.

The facts in this case are substantially the same as in the case just decided, McCarl v. Loud, 59 App. D. C. 238, 38 F.(2d) 943. For reasons stated in the opinion in that case, the decree in this is also affirmed.

Affirmed.